UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| JAMAAL HUSBAND, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| v. | ) | Case No. 3:18-CV-061-JD-MGG |
|  | ) |  |
| WARDEN, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

## OPINION AND ORDER

Jamaal Husband, a prisoner without a lawyer, filed a habeas corpus petition challenging his prison disciplinary hearing in WCC 16-06-508 where a Disciplinary Hearing Officer (DHO) at the Westville Correctional Facility found him guilty of sexual conduct in violation of B-216 on August 3, 2016. ECF 6 at 1. As a result, Husband was sanctioned with the loss of 30 days earned credit time and demoted one credit class. ECF 11-2 at 1, ECF 11-5 at 3.

After Husband filed his petition, the finding of guilt and sanctions were vacated. ECF 11-1 at 1. The Warden has filed a motion to dismiss because this case is now moot. ECF 11. Husband did not file a response and the time for doing so has passed. *See* N.D. Ind. L. Cr. R. 47-2. Regardless, the court cannot overturn the disciplinary proceeding and restore his time because the Indiana Department of Correction has already vacated the proceeding and restored his time. That is to say, Husband has already won and there is no case left for this court to decide. Accordingly, this case must be dismissed. *See Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003) (prisoner can challenge prison

disciplinary determination in habeas proceeding only when it resulted in a sanction that lengthened the duration of his confinement).

For these reasons, the motion (ECF 11) is GRANTED and the case is DISMISSED. The clerk is DIRECTED to close this case.

SO ORDERED on August 9, 2018

/s/ JON E. DEGUILIO
JUDGE
UNITED STATES DISTRICT COURT